**Electronically Filed
Supreme Court
SCWC-13-0000056
11-MAR-2016
10:47 AM**

SCWC-13-0000056

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOHN A. WAGNER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000056; CR. NO. 11-1-001K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant John A. Wagner's application for writ of certiorari filed on January 28, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may,

within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, March 11, 2016.

John A. Wagner
petitioner pro se

Mitchell D. Roth
Mark D. Disher
for Respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

